To: The Clerk of the Court of Appeals
    Fourteenth Supreme Judicial District
    Civil Appeals

From: The 335th Judicial District Court of Washington County, Texas
    Honorable Carson T. Campbell Judge Presiding
    Jan Lynn, Court Reporter

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 3:53:38 PM
CHRISTOPHER A. PRINE
Clerk

**#35517**

The S.C. Maxwell Family Partnership, LTD
**APPELLANT**
VS.
Thomas Kent and Nancy Kent
**APPELLEE**

Attorney for Appellant:
William R. Pemberton
State Bar of Texas No. 15735500
P.O. Box 1112
Crockett, Texas 75835
936-544-4111
936-544-5023 Fax

**Attorney for Appellee:**
M. Chad Gerke
The Gerke Law Firm, PLLC
State Bar No. 24027390
2000 S. Market St., Suite 300
Brenham, Texas 77833
979-530-0930
888-832-0527 Fax

Date of Order: **March 5, 2015**
Nature of Action: **Partnership**
Disposition of Case:
Jury Trial: **No**
Notice of Appeal: **March 16, 2015**
Request for Findings of Fact and Conclusions of Law: **Yes**

Tammy Brauner, District Clerk
Washington County, Texas
100 East Main Street, Suite 304
Brenham, Texas 77833
By: _Maria Najera_ Maria Najera, Deputy



IN THE DISTRICT COURT OF WASHINGTON COUNTY, TEXAS

335TH JUDICIAL DISTRICT

THOMAS KENT and NANCY KENT    *

VS.    *    NO. 35517

THE S. C. MAXWELL FAMILY    *
PARTNERSHIP, LTD.    *

## <u>NOTICE OF ACCELERATED APPEAL</u>

TO THE HONORABLE COURT:

S. C. Maxwell Family Partnership, Ltd., Defendant, gives notice of its intent to appeal the trial court's order denying Motion to Compel Arbitration rendered on March 5, 2015 by accelerated appeal. This accelerated appeal is taken to either the First or Fourteenth Court of Appeals in Houston, Texas. This is not a parental termination or child protection case as defined in Appellate Rule 28.4.

Attached hereto, marked Exhibit "A" and incorporated herein for reference is the Local Rule Notice of and Assigment of Related Case in Appeals.

Respectfully submitted,

BY: _____
WILLIAM R. PEMBERTON
WILLIAM R. PEMBERTON, P.C.
P. O. BOX 1112
CROCKETT, TEXAS 75835
936-544-4111
936-544-5023 (FAX)
TEXAS BAR I.D. NO. 15735500
bill@pembertontriallaw.net
ATTORNEY FOR DEFENDANT

**FILED**
A3 11 45 O'CLOCK ____ M



MAR 16 2015
**TAMMY BRAUNER**
District Clerk, Washington County
By _____ Deputy



## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing Notice of Appeal has been served upon:

> Mr. M. Chad Gerke
> The Gerke Law Firm, PLLC
> 2000 S. Market St., Suite 300
> Brenham, Texas 77833

by depositing same, enclosed in a post paid, properly addressed wrapper, in a Post Office or official depository, under the care and custody of the United States Postal Service, Certified Mail, Return Receipt Requested, this the 12th day of March, 2015.

WILLIAM R. PEMBERTON

EXHIBIT "A"

# Local Rule Notice of and Assignment of Related Case in Appeals
[sample; file as part of notice of appeal]

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

☐    None

☒    Caption:      IN RE S. C. MAXWELL FAMILY PARTNERSHIP LTD.

     Trial court
     case number:      35517

     Appellate court
     case number:      01-14-00451CV

[Signature of certifying attorney or pro se party]

03/12/2015
[Date]

**Note:** See Local Rules for the definitions of "underlying case," "related," and "previously filed."